```
                  ___ FILED       ___ RECEIVED
                  ___ ENTERED     ___ SERVED ON
                                  COUNSEL/PARTIES OF RECORD

                        MAR - 2 2011

                  CLERK US DISTRICT COURT
                    DISTRICT OF NEVADA
                  BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:06-cv-00273-RCJ-GWF |
| Plaintiff, | |
| v. | **ORDER** |
| REINHOLD V. SOMMERSTEDT, et al, | |
| Defendants. | |

Currently before the Court is a Motion for Stay of Proceedings for Contempt (#226) filed by Defendant Reinhold V. Sommerstedt ("Defendant") on November 4, 2010. The United States of America ("United States") filed an Opposition (#233) to Plaintiff's motion on November 22, 2010, and Defendant filed a Reply (#236) on December 2, 2010.

Also before the Court is a Motion for Transcripts at Government's Expense (#228) filed by Defendant on November 9, 2010. The United States filed an Opposition (#234) to Defendant's motion on November 24, 2010, and Defendant filed a Reply (#235) on December 2, 2010.

The Court, having reviewed the motions, and good cause appearing, DENIES the motions.

IT IS ORDERED that Defendant's Motion for Stay of Proceedings for Contempt (#226) is DENIED.

IT IS FURTHER ORDERED that Defendant's Motion for Transcripts at Government's Expense (#228) is DENIED.

///

1  Dated: This 2nd day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE

2